# United States District Court

### Boston, Massachusetts 02210

**RICHARD G. STEARNS**
**DISTRICT JUDGE**

June 6, 2006

Mr. George Reynolds
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

RECEIVED 2006 JUN 12 P 3:35 FINANCIAL DISCLOSURE OFFICE

Re:    Amended Financial Disclosure Report - Part IV

Dear Mr. Reynolds:

As you requested, I have enclosed an original and three copies of the Amended Part IV of my 2005 Financial Disclosure Report.  I have also enclosed a copy of the May 22, 2006 letter which was sent to me requesting that Part IV be amended.

Please let me know if any additional information is required.

Very truly yours,

Richard G. Stearns
United States District Judge

Enclosures

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G | 04/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Massachusetts Prosecutor's Guide (Book Royalties) | $ $8,229.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 JUN 12 P 35 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. FREE | Travel, Meals and Lodging - September 13-18, 2005, Elkhorn Ranch, Big Sky, Montana |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stearns, Richard G | U.S.D.C. Massachusetts | 04/11/2006 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (Active) | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court 1 Courthouse Way Boston, MA 02109 | Reviewing Officer _____ Date _____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Massachusetts Prosecutor's Guide |
| 2. Trustee (non-compensated) | Vincent Memorial Hospital (Massachusetts General Hospital - Boston) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 APR 17 A 10: 57 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Massachusetts Prosecutor's Guide (Book Royalties) | $ $8,229.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. FREE | Travel, Meals and Lodging |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G | 03/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae | Law School Student Loan Guarantee | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G | 03/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TECO Common | B | Dividend | K | T | None | | | | |
| 2. Westar Energy Common | B | Dividend | K | T | None | | | | |
| 3. First Energy Common | A | Dividend | J | T | None | | | | |
| 4. Bank of America Common | C | Dividend | M | T | None | | | | |
| 5. Mass. Pros. Guide | D | Dividend | M | T | None | | | | |
| 6. Bank of America MMF | A | Interest | K | T | None | | | | |
| 7. Bank of America MMF Savings | A | Interest | K | T | None | | | | |
| 8. Citizens Bank Keogh 401K | B | Interest | L | T | None | | | | |
| 9. Fidelity Growth & Inc. IRA | B | Dividend | N | T | None | | | | |
| 10. State St. Bank 401K | A | Interest | N | T | None | | | | |
| 11. Fidelity Growth & Inc. IRA | B | Dividend | M | T | None | | | | |
| 12. Fidelity Equity Inc.II IRA | B | Dividend | M | T | None | | | | |
| 13. Fidelity Utilities Fund IRA | A | Dividend | K | T | None | | | | |
| 14. Bank of America IRA | B | Interest | L | T | None | | | | |
| 15. Rhumbline, Inc. (Boston) | A | None | J | U | None | | | | |
| 16. Fidelity Cash Reserves | A | Dividend | J | T | None | | | | |
| 17. Morgan Stanley | A | Dividend | K | T | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

VII. Line 5. The Massachusetts Prosecutor's Guide portfolio is invested in Fidelity Asset Manager (L), Fidelity Equity Income II (K), Fidelity Growth & Income (L), and Fidelity Spartan U.S. Treasury (K), all mutual funds.

VII. Line 8. This Citizens Bank Keogh Account is invested in a Certificate of Deposit.

VII. Line 10. This 401K Retirement Plan is invested in State Street Bank stock and money market instruments.

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G | 03/08/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date  4-11-06.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544